## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

**Criminal Case No. 07-cr-00010-REB**

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

**v.**

1.     **SEAMUS FOLEY,**
2.     **JASON WONG,**

    **Defendants.**

_____

## ORDER
_____

    This matter comes before the Court on the Government's Motion to Disclose Materials Obtained Through Grand Jury Investigation To Defendants, pursuant to Fed. R. Crim. P. 6(e)(3)(E)(i).

    HAVING REVIEWED the motion, the Court finds that good and sufficient cause supports the same, and it is therefore ORDERED that the government's motion is granted, and that the grand jury testimony of a witness who may testify at trial and documents obtained through the grand jury investigation may be disclosed to the defendants Seamus Foley and Jason Wong and their respective counsel.

    It is further ORDERED that such materials shall only be used in defending this case; that such materials are disclosed only to the defendants and their respective attorneys; that the defendants' respective attorneys shall maintain custody of such materials, and shall not reproduce or disseminate the same; and that such materials shall be returned to the United States at the end of the case.

DATED February 7, 2007.

                              s/ Robert E. Blackburn

                              _____
                              JUDGE ROBERT E.  BLACKBURN
                              UNITED STATES DISTRICT COURT